# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1635
LT Case No. 2021-MM-046256-A

_____

GARY LEWIS HOUSMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Brevard County.
Kimberly L. Musselman, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Gary Lewis Housman, Melbourne, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

February 10, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EDWARDS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____